# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMARA HROCH,<br><br>    Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 16-cv-4418 HSG<br><br>**ORDER GRANTING DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:   November 15, 2016<br>Time:  2:00 p.m.<br>Ctrm:   10, 19th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr |

**IT IS HEREBY ORDERED THAT** counsel for Defendant The Prudential Insurance Company of America, may appear telephonically at the Case Management Conference on November 15, 2016 at 2:00 p.m.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

Dated: November 3, 2016

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

152974.1