# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA HROCH,<br><br>   Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>   Defendant. | Case No. 16-cv-4418 HSG<br><br>**ORDER RE STIPULATION REGARDING STANDARD OF REVIEW, ADR, AND CASE DEADLINES**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: August 5, 2016 |

Pursuant to the stipulation of the parties, and for good cause shown, it is hereby ordered as follows:

(1) The parties shall file cross-motions regarding the applicable standard of review in this ERISA matter, not to exceed 10 pages, by December 16, 2016;

(2) The parties are referred to the Court's mediation program pursuant to ADR Local Rule 6; and

(3) The parties shall meet and confer within 14 days of the Court's order regarding the applicable standard of review in this matter, and shall promptly file a stipulation setting forth proposed case deadlines.

IT IS SO ORDERED.

Dated: November 21, 2016

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge