# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA HROCH, | Case No. 16-cv-4418 HSG |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND MEDIATION DEADLINE** |
| vs. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Hon. Haywood S. Gilliam, Jr. |
| Defendant. | |

The Court having reviewed the Stipulation to Continue the Alternative Dispute Procedure ("ADR") deadline by Plaintiff Tamara Hroch and Defendant The Prudential Insurance Company of America, finds that good cause exists to enter an order approving said Stipulation.

Accordingly, IT IS HEREBY ORDERED that the deadline for the completion of ADR procedure is continued to April 21, 2017.

Dated: February 15, 2017

_Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

1

0.0