1
2
3
4
5
6
7
8    **UNITED STATES DISTRICT COURT**
9    **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| TAMARA HROCH, | ) Case No. 16-cv-4418 HSG |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER TO DISMISS ENTIRE** |
| PRUDENTIAL INSURANCE | ) **ACTION WITH PREJUDICE** |
| COMPANY OF AMERICA, | ) |
| Defendant. | ) Hon. Haywood S. Gilliam, Jr. |
| | ) |

17

18       Based upon the Stipulation of the Parties and for good cause shown, IT IS
19  HEREBY ORDERED that this action, Case No. 16-cv-4418 HSG, is dismissed in its
20  entirety as to all defendants, with prejudice.
21       IT IS HEREBY FURTHER ORDERED that all dates be vacated and taken off
22  the Court's calendar.
23       IT IS HEREBY FURTHER ORDERED that each Party shall bear its own
24  attorneys' fees and costs in this matter.
25
26  Dated: _____ May 30 , 2017        _Haywood S. Gill Jr._
27                                          Hon. Haywood S. Gilliam, Jr.
                                            United States District Court Judge
28

1